1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

ANTHONY WAYNE JOHNSON, JR.,

11

Plaintiff,

12

v.

13

M. GAINS *et al.*,

14

Defendants.

Civil No.   09cv1312-LAB (POR)

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
FOURTH AMENDED COMPLAINT**

**[ECF No. 52]**

15        On February 10, 2010, Plaintiff Anthony Wayne Johnson, Jr., a state prisoner proceeding *pro*

16   *se* and *in forma pauperis*, filed a Third Amended Complaint pursuant to 42 U.S.C. § 1983 against

17   ten California Department of Corrections and Rehabilitation officials.[1]  (ECF No. 23.)  On June 3,

18   2010, Defendants filed a Motion to Dismiss Plaintiff's Third Amended Complaint.  (ECF No. 40.)

19   While Defendants' motion was pending, Plaintiff filed a Motion for Leave to File a Fourth Amended

20   Complaint.[2]  (ECF No. 52.)  Defendants have not opposed Plaintiff's motion.

21        On January 26, 2011, this Court issued a Report and Recommendation that Defendants'

22   Motion to Dismiss be granted in part and denied in part.  (ECF No. 50.)  Specifically, the Court

23

24        [1] On June 8, 2009, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1.)  On August 19, 2009, the
     Honorable Larry A. Burns dismissed Plaintiff's Complaint without prejudice for failure to state a claim pursuant to 28 U.S.C.

25   §§ 1915(e)(2)(b) and 1915A(b).  (Doc. 4.)  Plaintiff filed his First Amended Complaint on September 11, 2009.  (Doc. 8.)
     On October 8, 2009, the Court dismissed Plaintiff's First Amended Complaint without prejudice for failure to state a claim

26   pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b).  (Doc. 11.)  On October 28, 2009, Plaintiff filed his Second Amended
     Complaint.  (Doc. 14.)  Again, on November 9, 2009, the Court dismissed Plaintiff's Second Amended Complaint for failure

27   to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b).  (Doc. 15.)

28

        [2] Plaintiff submitted a proposed Fourth Amended Complaint as an exhibit to his motion.  (ECF No. 52, Ex. 1.)

1  recommended granting the following claims without prejudice: (1) Plaintiff's Eighth Amendment

2  excessive force claims against Defendants Gains, Holmstrom and Beltran; (2) Plaintiff's claims

3  against Defendant Cate; and (3) Plaintiff's request for injunctive relief.  (Id. at 12.)  On February 24,

4  2011, the Honorable Larry A. Burns issued an order adopting this Court's recommendation to grant

5  in part and deny in part Defendants' Motion to Dismiss.  (ECF No. 53.)

6          Leave to amend should be freely given "when justice so requires."  Fed.R.Civ.P. 15(a)(2).

7  Furthermore, "[t]his policy is applied even more liberally to pro se litigants."  Eldridge v. Block, 832

8  F.2d 1132, 1135 (9th Cir. 1987).  Here, Plaintiff requests to amend his complaint only to include

9  "more details and evidence to support his claims."  (ECF No. 52 at 1.)  Based on a review of the

10  proposed Fourth Amended Complaint, and for the reasons set forth in this Court's previous Report

11  and Recommendation Order, the Court hereby **GRANTS** Plaintiff's Motion to Amend.

12  Accordingly, IT IS HEREBY ORDERED:

13          1.      The Clerk of Court shall file Plaintiff's Fourth Amended Complaint (Doc. 52-1) as a

14                  new entry on the docket of this case.

15          2.      The Clerk shall issue a summons upon Defendants as to Plaintiffs Fourth Amended

16                  Complaint.

17          3.      Defendants are thereafter ORDERED to reply to Plaintiff's Fourth Amended

18                  Complaint within the time provided by the applicable provisions of Federal Rule of

19                  Civil Procedure 12(a).

20          **IT IS SO ORDERED.**

21  DATED:  March 7, 2011

22

23                                          _____
                                            LOUISA S PORTER
24                                          United States Magistrate Judge

25  cc          The Honorable Larry A. Burns
                All parties
26

27

28

09cv1312